# Court of Appeals
# of the State of Georgia

ATLANTA, June 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0460.  JAY KIL v. LEGEND BROTHERS, LLC et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
2018CV00554



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/05/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*